FOURTH DEPARTMENT, APRIL, 1937.
(April 1, 1937.)

CAZENOVIA NATIONAL BANK, Respondent, v. FLORA M. CHAPMAN and Others, as Administrators, etc., of GRANT L. CHAPMAN, Deceased, Appellants.— Decree affirmed, with costs. All concur. (The decree allows plaintiff's claim against defendants in a proceeding against an estate upon an instrument guaranteeing payment of indorsed notes. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of VALENTINE BETT, Respondent, for a Mandamus Order Directed to PAUL J. TOMAKA and Others, Constituting the Board of Fire Commissioners of the City of Lackawanna, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants petition for peremptory mandamus directing reinstatement of petitioner as fireman in city of Lackawanna.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of MICHAEL DARMSTEDTER, Respondent, for a Mandamus Order Directed to PAUL T. TOMAKA and Others, Constituting the Board of Fire Commissioners of the City of Lackawanna, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants petition for peremptory mandamus directing reinstatement of petitioner as fireman in city of Lackawanna.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of THADDEUS KACZMAREK, Respondent, for a Mandamus Order Directed to PAUL J. TOMAKA and Others, Constituting the Board of Fire Commissioners of the City of Lackawanna, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants petition for peremptory mandamus directing reinstatement of petitioner as fireman in city of Lackawanna.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Application of FELIX SMOLAREK, Respondent, for a Mandamus Order Directed to JOHN ROCHE and Others, Constituting the Board of Police Commissioners of the City of Lackawanna, New York, Appellants.— Order reversed on the law, with ten dollars costs and disbursements, and motion for mandamus order denied, with ten dollars costs, on the ground that it does not appear from the petition and supporting affidavit that the petitioner was ever legally appointed to the position from which he has been removed, viz., that of patrolman. All concur. (The order grants petition for peremptory mandamus directing reinstatement of petitioner as patrolman in city of Lackawanna.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

LELA B. DAVIS COLBURN, Personally and as General Guardian for HARRY M. DAVIS and Others, and Being the Widow, Heirs at Law and Next of Kin of CLARENCE DAVIS, Deceased, Appellants, v. FIDELIA N. IRELAND and Another, Personally, and as Executors, etc., of ELEANOR L. WAKER, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to